UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

ESSIENNE TSOLUMBA,
on behalf of herself and others similarly situated,

Plaintiff,  Case No.: 5:22-cv-00712-BMB

v.

SELECTQUOTE INSURANCE SERVICES and
ONLINE INSURANCE SOLUTIONS LLC d/b/a
DIGITAL THRIVE,

Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, SelectQuote Insurance Services, hereby notifies the Court that all parties to this matter have agreed to a settlement in principle, and respectfully requests the Court allow the parties 60 days to complete the necessary settlement paperwork and submit a stipulation of dismissal.

Date: May 22, 2024

Respectfully submitted,

*/s/ Kirsten Smith*
Kirsten Smith (pro hac vice)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
ksmith@sessions.legal
-and-
Dayle M. Van Hoose
Sessions, Israel & Shartle, LLC
3350 Buschwood Park Dr.
Suite 195
Tampa, FL 33618

>Telephone: (813) 890-2463
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*SelectQuote Insurance Services,*

## CERTIFICATE OF SERVICE

I certify that on May 22, 2024, a copy of the foregoing was filed electronically in the CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

>*/s/ Kirsten Smith*
>Attorney