UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ESSIENNE TSOLUMBA, *on behalf of herself and all others similarly situated*, | ) ) ) | CASE NO.: 5:22-cv-00712 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) ) | |
| SELECTQUOTE INSURANCE SERVICES and ONLINE INSURANCE SOLUTIONS LLC d/b/a DIGITAL THRIVE, | ) ) ) ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

On May 22, 2024, a Notice of Settlement (Doc. No. 63) was filed by the parties notifying the Court that the parties have reached a settlement. In light of the parties' representation that the matter has settled, the docket shall be marked "dismissed without prejudice."

On or before July 22, 2024, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date: May 30, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

1