IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ESSIENNE TSOLUMBA, on behalf of herself and others similarly situated, | ) Case No. 5:22-cv-712-BMB ) |
| Plaintiff, | ) JUDGE BRIDGET MEEHAN BRENNAN ) ) |
| vs. | ) ) |
| SELECTQUOTE INSURANCE SERVICES, et al., | ) ) ) |
| Defendants. | ) ) ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: May 16, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*

Date: July 22, 2024

*/s/ Kirsten Smith*
Kirsten Smith (pro hac vice)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943

1

ksmith@sessions.legal
-and-
Dayle M. Van Hoose
Sessions, Israel & Shartle, LLC
3350 Buschwood Park Dr.
Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
dvanhoose@sessions.legal
*Counsel for Defendant,*
*SelectQuote Insurance Services,*


*/s/ Robert P. Lynch Jr.*
GREGORY D. BRUNTON    (0061722)
ROBERT P. LYNCH JR.    (0072037)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
C: (614) 364-0980
gbrunton@grsm.com
rplynch@grsm.com

Attorneys for Defendant
Online Insurance Solutions LLC

2