UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ESSIENNE TSOLUMBA, | ) | CASE NO.  5:22-cv-712 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTQUOTE INSURANCE | ) | **ORDER OF DISMISSAL AND** |
| SERVICES, et al., | ) | **CASE TERMINATION** |
| | ) | |
| Defendant. | ) | |

Before the Court is the parties' Stipulation of Dismissal without prejudice pursuant to

Fed. R. Civ. P. 41(a)(1).  (Doc. No. 65.)  The matter is DISMISSED and this case is CLOSED.


IT IS SO ORDERED.

Date:  July 31, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE